# EXHIBIT "B"

# ASSIGNMENT

**INSURED: ENDOTRONIX, INC.**
**CLAIM NOS.: 58 PC 900001153752 and 58 PC 900001153257**
**POLICY NO.: LCR 5065679-10**

Whereas, StarNet Insurance Company ("the Company") issued a Commercial Lines Policy under Policy No. LCR 5065679-10 ("the Policy") to Endotronix, Inc. ("the Insured") providing coverage to the Insured for, among other things, losses resulting from employee theft.

Whereas, on March 18, 2024, the Insured submitted a Proof of Loss to the Company alleging losses covered by the Policy arising from the dishonesty of Sarah Auche (hereinafter, the "Claim for Loss").

Whereas, thereafter, the Insured agreed to, among other things, a settlement of the Claim for Loss, without setting precedent, in the amount of $217,923.01.

Whereas, after application of the Insured's $2,500 deductible, the Company forwarded funds in the amount of $215,423.01 to the Insured in satisfaction of the Claim for Loss.

Now, therefore, the Insured agrees as follows:

1. In consideration of the above-referenced prior payment, and additional consideration in the amount of Ten Dollars ($10.00), the Insured sells, assigns, transfers, conveys and delivers to the Company all rights, claims, title and interest that the Insured has or ever had against Sarah Auche, any of her associates or beneficiaries, and any other person or persons, corporation or corporations or other entities arising from or related in any way to the loss described in the Claim for Loss, as provided in the Policy and to the extent of the payment(s) made. This assignment includes, but is not limited to, claims against Sarah Auche arising out of the Separation and Repayment Agreement executed by the Insured and Sarah Auche on February 16, 2024.

2. The Insured agrees to provide the Company with reasonable assistance in the pursuit of any recovery, including the availability of documents in its control and/or in the control of its counsel or other representative, insofar as the Insured is able to compel such representative to make such documents available and to execute any and all additional documents in the furtherance of this assignment to the Company

3. The Company is permitted to sue in the name of the Insured, if applicable, as an attorney in fact in all matters relating to the Claim for Loss

**ENDOTRONIX, INC.**

Signed by:
Tom Tovello
69895EB9F321463...
______________________________

By: Tom Tovello

Its: VP, Finance